IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  4:91cr3038 |
| Plaintiff, | ) | ORDER |
|  | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
|  | ) | EXHIBITS SHOULD NOT BE |
|  | ) | DESTROYED |
| JOHN D. BEHLER, | ) |  |
| Defendant. | ) |  |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties, shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Exhibit number(s):   All Exhibits (sealed and unsealed) offered

Hearing type(s):   Suppression Hearing held 9/20/91 and 10/8/91
Hearing on Release held 4/15/92 (Defendant only)
Pretrial Release Violation Hrg. held 4/8/92
Trial held Aug. 12-14 and 18, 1992
Evidentiary Hearings held 8/25/95; 9/1/95; 5/18/98 and 12/7/00

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

May 14, 2007.

s/ Warren K. Urbom

United States Senior District Judge